| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **Eastern District of North Carolina** |
| Case number (if known): _____  Chapter **11** |

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  
Mane Source Counseling, PLLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
8 2 – 1 2 7 7 9 1 3

**4. Debtor's address**

**Principal place of business**  
2563 Doc Loftin Rd.  
Number    Street  
Ayden, NC 28513  
City    State    ZIP Code

Pitt  
County

**Mailing address, if different from principal place of business**  
Number    Street  
City    State    ZIP Code

**Location of principal assets, if different from principal place of business**  
Number    Street  
City    State    ZIP Code

**5. Debtor's website (URL)**  
www.manesourcecounseling.com

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **1**

Debtor  **Mane Source Counseling, PLLC**  Case number *(if known)* _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**6  2  1  3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                 MM / DD / YYYY
        District _____ When _____ Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
        District _____ When _____
                                                    MM / DD / YYYY
        Case number, if known _____

Debtor  **Mane Source Counseling, PLLC**  Case number *(if known)* _____
  Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>     Number      Street<br>_____<br>City                                State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99         ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999       ☐ 10,001-25,000                     ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000           ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor   **Mane Source Counseling, PLLC**                              Case number *(if known)* _____
         Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/07/2025**
             MM/ DD/ YYYY

X  **/s/ Cheryl Meola**                                     **Cheryl Meola**
Signature of authorized representative of debtor            Printed name

Title  **Owner**

**18. Signature of attorney**

X  **/s/ Kathleen O'Malley**                                Date  **03/07/2025**
Signature of attorney for debtor                                  MM/ DD/ YYYY

**Kathleen O'Malley**
Printed name

**Stevens Martin Vaughn & Tadych, PLLC**
Firm name

**2225 W Millbrook Road**
Number      Street

**Raleigh**                                                 **NC**        **27612**
City                                                        State         ZIP Code

**(919) 582-2300**                                          **komalley@smvt.com**
Contact phone                                               Email address

**51654**                                                   **NC**
Bar number                                                  State

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page **4**

Fill in this information to identify the case:

Debtor name: **Mane Source Counseling, PLLC**

United States Bankruptcy Court for the: **Eastern District of North Carolina**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Optum Insurance<br>Attn: Managing Agent<br>11000 Optum Circle<br>Eden Prairie, MN 55344 | | | | | | $160,500.00 |
| 2 | US Small Business Administration<br>Attn: Managing Agent<br>2 North Street Ste. 320<br>Birmingham, AL 35203 | | | | | | $97,863.31 |
| 3 | NRS Funding<br>Attn: Managing Agent<br>520 Broad Street<br>Newark, NJ 07102 | | MCA Loan | | | | $43,170.17 |
| 4 | Fox Funding<br>Attn: Managing Agent<br>803 S. 21st Ave.<br>Hollywood, FL 33020 | | MCA Loan | | | | $38,669.57 |
| 5 | Headway Capital<br>Attn: Managing Agent<br>175 W. Jackson Blvd Ste. 1000<br>Chicago, IL 60604 | | MCA Loan | | | | $29,747.96 |
| 6 | Nexi Funding<br>Attn: Managing Agent<br>20803 Biscayne Blvd Ste. 300<br>Miami, FL 33180 | | MCA Loan | | | | $26,224.17 |
| 7 | Ace Funding Source, PLLC<br>Attn: Managing Agent<br>366 North Broadway Suite 410<br>Jericho, NY 11753 | | MCA Loan | | | | $20,000.00 |
| 8 | Sarah Baker<br>708 Cromwell Dr Suite B<br>Greenville, NC 27858 | | | | | | $19,592.61 |

Debtor  **Mane Source Counseling, PLLC**          Case number *(if known)* _____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Clover Capital<br>Attn: Managing Agent<br>5601 Corporate Way #320<br>West Palm Beach, FL 33407 | | MCA Loan | | | | $10,011.00 |
| 10 | Karen Jenkins<br>3701 Willow Run Dr<br>Greenville, NC 27858 | | | | | | $9,500.00 |
| 11 | Lauren Scroggs<br>1001 Wood Sage Dr.<br>Chapel Hill, NC 27516 | | | | | | $9,007.55 |
| 12 | Luis Zuniga<br>116 Woodstock Dr.<br>Greenville, NC 27834 | | | | | | $5,248.26 |
| 13 | Ola Alrokh<br>2266 Franklin Drive<br>Winterville, NC 28590 | | | | | | $3,276.00 |
| 14 | Nicole Lewis<br>600 Plaza Blvd Suite E<br>Kinston, NC 28501 | | | | | | $2,806.43 |
| 15 | Melissa Rojas<br>3008 NC 97 Wendell<br>Wendell, NC 27591 | | | | | | $1,957.61 |
| 16 | Aaron J. Sparrow, CPA, PLLC<br>Attn: Managing Agent<br>3750 Evans St. Ste. B<br>Greenville, NC 27834 | | | | | | $1,565.00 |
| 17 | Fallon Williams<br>1005 Rosewood Rd<br>Goldsboro, NC 27530 | | | | | | $1,040.04 |
| 18 | Aniya Mone DeRiggs<br>2920 Sussex Street Apt. 9<br>Greenville, NC 27834 | | | | | | $650.00 |
| 19 | Internal Revenue Service<br>Attn: Managing Agent<br>PO Box Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $228.36 |
| 20 | Mallard Oil<br>Attn: Managing Agent<br>1502 Dr. Martin Luther King Jr. Blvd<br>Kinston, NC 28501 | | | | | | $204.13 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION**

IN RE: **Mane Source Counseling, PLLC**                                    CASE NO

                                                                                                    CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **03/07/2025**          Signature                          **/s/ Cheryl Meola**
                                                                            Cheryl Meola, Owner

Aaron J. Sparrow, CPA, PLLC
Attn: Managing Agent
3750 Evans St. Ste. B
Greenville, NC 27834


Ace Funding Source, PLLC
Attn: Managing Agent
366 North Broadway Suite 410
Jericho, NY 11753


AFG Rentals
Attn: Managing Agent
PO Box 726
Grandview, TX 76050


Aniya Mone DeRiggs
2920 Sussex Street Apt. 9
Greenville, NC 27834


Clover Capital
Attn: Managing Agent
5601 Corporate Way #320
West Palm Beach, FL 33407


Corporation Service Company
Attn: Managing Agent
801 Adlai Stevenson Dr.
Springfield, IL 62703


CSC
Attn: Managing Agent
801 Adlai Stevenson Dr.
Springfield, IL 62703


CT Corporation System, as Rep
Attn: SPRS/MangingAgent
330 N. Brand Blvd Ste 700
Glendale, CA 91203

Fallon Williams
1005 Rosewood Rd
Goldsboro, NC 27530

Fox Funding
Attn: Managing Agent
803 S. 21st Ave.
Hollywood, FL 33020

Headway Capital
Attn: Managing Agent
175 W. Jackson Blvd Ste. 1000
Chicago, IL 60604

Internal Revenue Service
Attn: Managing Agent
PO Box Box 7346
Philadelphia, PA 19101-7346

John James
Attn: Managing Agent
2929 Allen Pkwy Ste 3300
Houston, TX 77019

Karen Jenkins
3701 Willow Run Dr
Greenville, NC 27858

Lauren Scroggs
1001 Wood Sage Dr.
Chapel Hill, NC 27516

Luis Zuniga
116 Woodstock Dr.
Greenville, NC 27834

Mallard Oil  
Attn: Managing Agent  
1502 Dr. Martin Luther King Jr. Blvd  
Kinston, NC 28501

Melissa Rojas  
3008 NC 97 Wendell  
Wendell, NC 27591

NC Attorney General  
Attn: Managing Agent  
9001 Mail Service Center  
Raleigh, NC 27699-9001

NC Dept. of Revenue  
Attn: Managing Agent  
PO Box 1168  
Raleigh, NC 27602-1168

Nexi Funding  
Attn: Managing Agent  
20803 Biscayne Blvd Ste. 300  
Miami, FL 33180

Nexi Funding  
Attn: Managing Agent  
100 Garden City Plaza Ste. 410  
Garden City, NY 11530

Nicole Lewis  
600 Plaza Blvd Suite E  
Kinston, NC 28501

NRS Funding  
Attn: Managing Agent  
520 Broad Street  
Newark, NJ 07102

Ola Alrokh
2266 Franklin Drive
Winterville, NC 28590

Optum Insurance
Attn: Managing Agent
11000 Optum Circle
Eden Prairie, MN 55344

Sarah Baker
708 Cromwell Dr Suite B
Greenville, NC 27858

Southern Bank
Attn: Managing Agent
2310 Charles Blvd
Greenville, NC 27858

US Attorney General
Attn: Managing Agent
950 Pennsylvania Ave., NW
Washington, DC 20530

US Attorney's Office (ED)
Attn: Managing Agent
150 Fayetteville St. Ste. 2100
Raleigh, NC 27601

US Small Business Administration
Attn: Managing Agent
2 North Street Ste. 320
Birmingham, AL 35203

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Mane Source Counseling, PLLC**

Debtor(s)

Case No. _____

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Mane Source Counseling, PLLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**03/07/2025**
Date

**/s/ Kathleen O'Malley**
**Kathleen O'Malley**
Signature of Attorney or Litigant
Counsel for **Mane Source Counseling, PLLC**
**Bar Number: 51654**
**Stevens Martin Vaughn & Tadych, PLLC**
**2225 W Millbrook Road**
**Raleigh, NC 27612**
**Phone: (919) 582-2300**
**Email: komalley@smvt.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

**In re: Debtor(s)**
Mane Source Counseling, PLLC

Debtor(s)

Case No.

Chapter 11

## DEBTOR'S ELECTRONIC NOTICING REQUEST (DEBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☑ **Initial Request:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email.)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents entered by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntary, and I may file a request to deactivate my account at any time.

☐ **Decline Request:** (Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email.)

☐ **Update to Account Information:** (Check this box to make changes to your existing DeBN account.)

I request the following updates(s) to my DeBN account:

☐ I have a new email address as indicated below.

☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐ I request reactivation of my DeBN account so that I may receive court notices and orderes via email, instead of U.S mail.

☐ **Request To Deactivate Electronic Noticing:** (Check this box to request deactivation of your DeBN account.)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders entered by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to reveive electronic notices until such time as the Court has deactivated my account.

I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.

**Joint debtors** who each request enrollment or already have a DeBN account **must file separate forms**.

/s/ Mane Source Counseling, PLLC          Date: **03/07/2025**
Mane Source Counseling, PLLC

Printed Name (and title if not the debtor): **Mane Source Counseling, PLLC**

Email Address (type or print clearly):          **cmeola@manesourcecounseling.com**